IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 2:19-CV-00013
2. Style of case: JOHNNY FREEMAN ET AL V. NISSAN MOTOR CO. LTD. ET AL
3. Nature of suit: 28:1332 Diversity-Product Liability
4. Method of ADR used:   ☑ Mediation       ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: 2/13/2020
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.        ☐ Settled, in part, as result of ADR
   ☑ **Settled as a result of ADR.**         ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3,050.00
8. Duration of ADR: FULL DAY   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   James J. Juneau, Mediator                    Channy F. Wood, Esq., Plaintiff counsel
   Johnny Freeman, Rhea Freeman, Plaintiffs     E. Paul Cauley, Jr., Esq., Defense counsel
   James L. Mitchell, Esq., Plaintiff counsel   Ruth Godes, Nissan Legal
   Andrew S. Bullard, Esq., Plaintiff counsel   Mitzi Mayfield of Riney & Mayfield
   Scott Sherwood, Esq., Plaintiff counsel

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*James J. Juneau*
Signature

March 6, 2020
Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243      (214)303-4500
Address                                                            Telephone

**James L. Mitchell, Esq.**
**Andrew S. Bullard, Esq.**
Payne Mitchell Law Group
3500 Maple Avenue, Suite 1250
Dallas, TX  75219
(214) 252-1888
(214) 252-1889

**Scott Sherwood, Esq.**
**Channy F. Wood, Esq.**
Sherwood & Sherwood
303 Euclid Avenue
Panhandle, TX  79068
(806) 537-3591
(806) 537-3592

**E. Paul Cauley, Jr., Esq.**
Drinker Biddle & Reath LLP
1717 Main Street, Suite 5400
Dallas, TX  75201
(469) 357-2500
(469) 357-0860