IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOHNNY FREEMAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RAMONA RHEA FREEMAN, DECEASED; SKYLAR FREEMAN; JOHN PAYTON FREEMAN, BOBBY JENNINGS; AND LARRY JENNINGS<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NISSAN MOTOR CO. LTD. AND NISSAN NORTH AMERICA, INC.<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§ CASE NO.: 2:19-CV-00013-M<br>Jury Trial Demanded |

## AGREED STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Johnny Freeman, individually, and as legal representative of, for and on behalf of the estate of Ramona Rhea Freeman, Skylar Freeman, John Payton Freeman, Bobby Jennings, and Larry Jennings file this agreed stipulation of dismissal with prejudice of all claims and causes of action asserted in the referenced lawsuit, with the parties to bear their own costs and fees. By the signature of their counsel below, Plaintiffs and Defendants have noted their agreement to this stipulation.

WHEREFORE, Plaintiffs Johnny Freeman, individually, and as legal representative of, for and on behalf of the estate of Ramona Rhea Freeman, Skylar Freeman, John Payton Freeman, Bobby Jennings, and Larry Jennings and Defendants Nissan Motor Co., Ltd. and Nissan North America, Inc. pray that all claims asserted or that could have been asserted in the referenced lawsuit be dismissed with prejudice, and that each party bear its own attorneys' fees and costs.

IT IS SO ORDERED.

**SIGNED** this _____ day of _____, 2020.

                                                                                  _____
                                                                                  BARBARA M. G. LYNN
                                                                                  UNITED STATES DISTRICT JUDGE

Agreed to and stipulated by:

*/s/ E. Paul Cauley, Jr.*
E. PAUL CAULEY, JR.
Texas Bar No. 04018900
paul.cauley@faegredrinker.com
RYAN C. BROWN
Texas Bar No. 24038055
ryan.brown@faegredrinker.com

Faegre Drinker Biddle & Reath LLP
1717 Main Street, Suite 5400
Dallas, TX  75201-7367
Telephone:     (469) 357-2503
Facsimile:     (469) 327-0860

*Attorneys for Defendants Nissan North America, Inc. and Nissan Motor Co., Ltd.*

Agreed to and stipulated by:


*/s/ James L. Mitchell*
James L. Mitchell
Texas Bar No. 14214300
jmitchell@paynemitchell.com
Payne Mitchell Law Group
3500 Maple Ave., Suite 1250
Dallas, Texas 75219
(214) 252-1888 (telephone)
(214) 252-1889 (facsimile)

and

Scott Sherwood
Sherwood & Sherwood
303 Euclid Avenue
Panhandle, Texas 79068
(806) 537-3591 (telephone)
(806) 537-3592 (facsimile)

and

Channy F. Wood
Wood Law Firm, LLP
1222 S. Fillmore Street
Amarillo, Texas 79105
(806) 372-9663 (telephone)
(806) 372-9664 (facsimile)

*Attorneys for JOHNNY FREEMAN, Individually, and as Legal Representative of, for and on behalf of the Estate of RAMONA RHEA FREEMAN, SKYLAR FREEMAN, JOHN PAYTON FREEMAN, BOBBY JENNINGS, and LARRY JENNINGS*

---