# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| JOHNNY FREEMAN, individually and as representative of the ESTATE OF RAMONA RHEA FREEMAN, deceased, SKYLAR FREEMAN, JOHN PAYTON FREEMAN, BOBBY JENNINGS, and LARRY JENNINGS | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:19-cv-00013-M |
| NISSAN MOTOR CO. LTD. and NISSAN NORTH AMERICA, INC., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice.  [ECF No. 30].  As the Stipulation seeks an Order, the Court interprets the filing as an agreed Motion, and it is **GRANTED**.  It is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with all attorneys' fees and costs taxed against the party incurring the same.

**SO ORDERED**.

March 25, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

- 1 -